**STATE of Missouri, Respondent,**

v.

**Charles F. PROCTOR, Appellant.**

**No. WD 39279.**

Missouri Court of Appeals,
Western District.

Jan. 12, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 1988.

Daniel L. Radke, Sp. Public Defender, Fifth Judicial Circuit, St. Joseph, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and CLARK and COVINGTON, JJ.

## ORDER

PER CURIAM.

Appeal from convictions of stealing from the person pursuant to § 570.030, RSMo 1986, and assault in the third degree pursuant to § 565.070, RSMo 1986.

Judgment affirmed. Rule 30.25(b).